IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISMAIL ALKHEMISI, *et al.*, | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | ) Civil Action No. 05-CV-1983 (RMU) |
|  | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
|  | ) |
| Respondents. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 18, 2005, copies of the foregoing were transmitted via Federal Express to counsel for petitioners:

        C. Clark Hodgson, Jr.
        STRADLEY, RONON, STEVENS & YOUNG, LLP
        2000 One Commerce Square
        Philadelphia, PA 19103
        (215) 564-8026

        /s/ Preeya M. Noronha
        PREEYA M. NORONHA
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.   Room 7226
        Washington, DC  20530
        Tel.:  (202) 514-3338
        Fax:  (202) 616-8202

        One of the Attorneys for Respondents