IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL ALKHEMISI, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1983 (RMU) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2005, copies of the foregoing were transmitted via

Federal Express to counsel for petitioners:

        C. Clark Hodgson, Jr.
        STRADLEY, RONON, STEVENS & YOUNG, LLP
        2000 One Commerce Square
        Philadelphia, PA 19103
        (215) 564-8026

          /s/ Preeya M. Noronha
        PREEYA M. NORONHA
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.   Room 7226
        Washington, DC  20530
        Tel.: (202) 514-3338
        Fax: (202) 616-8202

        One of the Attorneys for Respondents