IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISMAIL ALKEMISI,**<br>    *Petitioner*,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br>    *Respondents.* | )<br>)<br>)<br>)<br>)   Civil Action No. 05-cv-1983 (RMU)<br>)<br>)   **NOTICE OF APPEARANCE**<br>)<br>)<br>) |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioners in this matter. Service upon counsel may be made to:

> Gitanjali S. Gutierrez
> **CENTER FOR CONSTITUTIONAL RIGHTS**
> 666 Broadway, 7th Floor
> New York, New York 10012
> Tel: (212) 614-6427
> Fax: (212) 614-6499

Counsel for Petitioners certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioners without compensation.

Dated: July 20, 2006

                                                            Respectfully submitted,

                                                            Counsel for Petitioner:

                                                            /s/ _____
                                                           Gitanjali S. Gutierrez
                                                           **CENTER FOR CONSTITUTIONAL RIGHTS**
                                                           666 Broadway, 7th Floor
                                                           New York, New York 10012
                                                           Tel: (212) 614-6427
                                                           Fax: (212) 614-6499