# EXHIBIT C

## Warden, Andrew (CIV)

| | |
|---|---|
| **From:** | Warden, Andrew (CIV) |
| **Sent:** | Tuesday, July 18, 2006 12:29 PM |
| **To:** | 'ggutierrez@ccr-ny.org' |
| **Subject:** | RE: GTMO visit July 22-28: revised request |

Gita,

We're looking into the identification issue regarding Alkhemisi.  Do you have any other information?  E.g., Education, employment, date arrived at GTMO,  names of family members.

Thanks,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

-----Original Message-----
From: Warden, Andrew (CIV)
Sent: Monday, July 17, 2006 7:42 PM
To: 'ggutierrez@ccr-ny.org'
Subject: RE: GTMO visit July 22-28: revised request

Gita,

We will oppose your motion for access to petitioners Zalita and Alkhemisi.  I'll pass along your request to cancel meetings with 1015 and 550.  Finally, according to my records, Mr. Bezri will be on the base when you arrive (departing on July 28) and Mr. Kaninya will arrive on July 27th (departing on July 30).  If my understanding is incorrect, please let me know ASAP so the appropriate clearance and lodging arrangements can be made.

Thanks,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

-----Original Message-----
From: ggutierrez@ccr-ny.org [mailto:ggutierrez@ccr-ny.org]
Sent: Monday, July 17, 2006 12:48 PM
To: Warden, Andrew (CIV)
Subject: RE: GTMO visit July 22-28: revised request

Dear Andrew,

Thank you for the good news.  It look likes the attorneys for ISN 1015 and 550 have

1

obtained security clearance and will be able to see their client this summer, so I do not need to include them during this visit.  If possible, I would like to substitute ISN 044 and 692 for them on July 26.

Also, in Alkhemisi v. Bush, there are two petitioners, Ismail Alkhemisi and Hasan Balgaid. It does appear that Hasan Balgaid is not detained Guatnanamo.  Ismail Alkhemisi is ISN 708 from Libya.  He is the only Libyan citizen with the name "Ismail" (listed as "Ismael" on DOD's official list). His last name as indicated on the habeas petition actually is a phonetic translation of his identification as an individual from Al-Khumas, Libya - a typical way that prisoners refer to one another.  Please let me know if the respondents still object to approving a visit with ISN 708.

Today, we will file an expedited motion for access to Petitioners Zalita (ISN 709) and, if needed, Alkhemisi (ISN 708).  Please let me know if respondents oppose, consent to, or take no position on the motion - or if respondents are willing to approve the visit with these two petitioners without litigation.

I'll also send a revised request today for your records listing the two translators I am working with during this visit.  Both are translators working with other firms either before or after my visit (Felice Bezri and John Kaninya).

Thank you for your assistance and I appreciate the extension of my visit through July 30.


Gita


Gitanjali S. Gutierrez
Center for Constitutional Rights
666 Broadway
New York, New York 10012
(212) 614-6485
(212) 614-6499 (fax)
ggutierrez@ccr-ny.org

_____

From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Fri 7/14/2006 5:42 PM
To: Gitanjali Gutierrez
Subject: RE: GTMO visit July 22-28: revised request



Gita,

Following up on my prior e-mail, we've been able to rearrange your schedule in a way that is more consistent with your original request:

July 23--AM:  708 (meeting subject to resolution of litigation issues) July 23--PM:  708 (meeting subject to resolution of litigation issues)

July 24--AM:  549
July 24--PM:  549

July 25--AM:  709 (meeting subject to resolution of litigation issues) July 25--PM:  709 (meeting subject to resolution of litigation issues)

July 26--AM:  1015
July 26--PM:  550

July 27--AM: 063
July 27--PM: 063

July 28--AM: 063
July 28--PM: 063

```
July 29--AM: 063
July 29--PM: 063
```

*****

I presume you still intend to travel to GTMO next week, but please confirm.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470


-----Original Message-----
From: Warden, Andrew (CIV)
Sent: Monday, July 10, 2006 7:22 PM
To: 'ggutierrez@ccr-ny.org'
Subject: RE: GTMO visit July 22-28: revised request

Gita,

As a threshold matter, we cannot agree to schedule meeting with petitioners Ismail Alkhemisi (ISN 708) and Abu Abdul Rauf Zalita (ISN 709) as this time. With respect to petitioner Alkhemisi, I understand from your amended visit request that you believe "Ismail Alkhemisi" is the petitioner in case number 05-CV-1983 and he is ISN 708. However, we have not been able to identify the petitioner in this case as a detainee at Guantanamo.  Accordingly, please provide us with an explanation and factual basis for your identification.  We raised the identification issue with Clark Hodgson several months ago, but we did not receive a response.  Additionally, the petitions brought on behalf of both petitioners Alkhemisi (05-1983) and Zalita (05-1220) are not directly authorized by the petitioners, nor has the putative "next friend" detainee for both petitioners, Omar Deghayes, established appropriate next friend standing under Whitmore v. Arkansas, 495 U.S. 149 (1990).  For these reasons, we cannot schedule meetings with these two petitioners at this time.

With regard to your amended visit schedule, Guantanamo can accommodate meetings with the other petitioners on your list, but the meeting dates need to be adjusted in order to accommodate Guantanamo's resource limitations and other groups of habeas counsel conducting visits during the week of July 23.  With the exception of the two detainees discussed above, the schedule will allow you to meet with the detainees on your amended request, but it will proceed as follows:

```
July 23--AM:  063
July 23--PM:  063

July 24--AM:  063 & 549
July 24--PM:  063 & 549

July 25--AM:  063
July 25--PM:  063

July 26--AM:  1015
July 26--PM:  550
```

No interviews on July 27, 28, & 29.

Guantanamo is currently holding these dates for you, but we have received other requests

3

for these same dates.  Please let me know as soon as possible whether these dates are acceptable to you.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470


-----Original Message-----
From: ggutierrez@ccr-ny.org [mailto:ggutierrez@ccr-ny.org]
Sent: Monday, June 26, 2006 12:23 PM
To: Warden, Andrew (CIV)
Subject: GTMO visit July 22-28: revised request

 <<DOJ Visit Sheet July 22-30 revised.doc>> Dear Andrew,

I spoke with my interpreter after I received approval for my visit on July 22-28, 2006.  He got confused when I asked him earlier about other potential dates, and committed to another firm in the beginning of the week of my visit.  I need this particular interpreter's skills to work with Mohammed Al Qahtani, ISN 063.  Would it be possible to extend my visit by two days, departing on July 30th rather than the 28th?  This interpreter has inquiries from other firms for these time and he is holding these dates for me right now. I need to confirm with him as soon as possible, preferably within the next day or two.

I have attached a revised visit request substituting other clients for the earlier days.  I should have the new interpreter for the earlier days confirmed by the end of this week.

Thank you for your help.

Gita

Gitanjali S. Gutierrez
Center for Constitutional Rights
666 Broadway
New York, New York 10012
212.614.6485
212.614.6499 (fax)
ggutierrez@ccr-ny.org

4