IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABU ABDUL RAUF ZALITA, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1220 (RMU) (AK) |
| ISMAIL ALKHEMISI, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-1983 (RMU) (AK) |

**O R D E R**

Upon consideration of respondents' Motion for Reconsideration of Magistrate Judge's July 21, 2006 Order, it is hereby

ORDERED that the Magistrate Judge's Order of July 21, 2006 is VACATED and set aside.

SO ORDERED.

Date: _____          _____
                                      UNITED STATES DISTRICT JUDGE