# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RASHID QAYED *et al.*, | : | |
| | : | |
|     Petitioners/Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No.: 05-0454 (RMU) |
| | : | |
| GEORGE W. BUSH *et al*., | : | |
| | : | |
|     Respondents/Defendants | : | |
| _____ | : | |
| | : | |
| SALEH ABDULLA AL-OSHAN *et al.*, | : | |
| | : | |
|     Petitioners/Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-0520 (RMU) |
| | : | |
| GEORGE W. BUSH *et al*., | : | |
| | : | |
|     Respondents/Defendants | : | |
| _____ | : | |
| | : | |
| MUHAMMED KHAN TUMANI *et al.*, | : | |
| | : | |
|     Petitioners/Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No.: 05-0526 (RMU) |
| | : | |
| GEORGE W. BUSH *et al*., | : | |
| | : | |
|     Respondents/Defendants | : | |
| _____ | : | |

|  |  |
|---|---|
| MOHAMMAD SOHAIL,  :<br>                                                    :<br>         Petitioner/          :<br>         Plaintiff,           :<br>    v.                         :         Civil Action No.:  05-0993 (RMU)<br>                                                    :<br>GEORGE W. BUSH *et al.*,       :<br>                                                    :<br>         Respondents/          :<br>         Defendants            :<br>_____:<br>                                                    :<br>ARKAN AL KARIM,                :<br>                                                    :<br>         Petitioner/          :<br>         Plaintiff,           :<br>    v.                         :         Civil Action No.:  05-0998 (RMU)<br>                                                    :<br>GEORGE W. BUSH *et al.*,       :<br>                                                    :<br>         Respondents/          :<br>         Defendants            :<br>_____:<br>                                                    :<br>ABDULSALAM AL-HELA *et al.*,   :<br>                                                    :<br>         Petitioners/         :<br>         Plaintiffs,          :<br>                                                    :<br>    v.                         :         Civil Action No.:  05-1048 (RMU)<br>                                                    :<br>GEORGE W. BUSH *et al.*,       :<br>                                                    :<br>         Respondents/          :<br>         Defendants            :<br>_____:|

|  |  |  |
|---|---|---|
| ABU ZALITA *et al.*, | : | |
| Petitioners/ Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-1220 (RMU) |
| GEORGE W. BUSH *et al.*, | : | |
| Respondents/ Defendants | : | |
| SAEED HATIM *et al.*, | : | |
| Petitioners/ Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-1429 (RMU) |
| GEORGE W. BUSH *et al.*, | : | |
| Respondents/ Defendants | : | |
| NASSER AL-SUBAIY *et al.*, | : | |
| Petitioners/ Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-1453 (RMU) |
| GEORGE W. BUSH *et al.*, | : | |
| Respondents/ Defendants | : | |

|  |  |  |
|---|---|---|
| FAIZULLAH, | : | |
| | : | |
| Petitioner/ | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 05-1489 (RMU) |
| | : | |
| GEORGE W. BUSH *et al.*, | : | |
| | : | |
| Respondents/ | : | |
| Defendants | : | |
| ──────────────────────── | : | |
| JAMAL KIYEMBA *et al.*, | : | |
| | : | |
| Petitioners/ | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-1509 (RMU) |
| | : | |
| GEORGE W. BUSH *et al.*, | : | |
| | : | |
| Respondents/ | : | |
| Defendants | : | |
| ──────────────────────── | : | |
| ABDUL RABBANI *et al.*, | : | |
| | : | |
| Petitioners/ | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No.: 05-1607 (RMU) |
| | : | |
| GEORGE W. BUSH *et al.*, | : | |
| | : | |
| Respondents/ | : | |
| Defendants | : | |
| ──────────────────────── | : | |

|  |  |
|---|---|
| ISMAIL ALKHEMISI *et al.*, : | |
| : | |
| Petitioners/ : | |
| Plaintiffs, : | |
| : | |
| v.   : | Civil Action No.: 05-1983 (RMU) |
| : | |
| GEORGE W. BUSH *et al.*, : | |
| : | |
| Respondents/ : | |
| Defendants : | |
| _____: | |
| : | |
| ABD AL HALMANDY *et al.*, : | |
| : | |
| Petitioners/ : | |
| Plaintiffs, : | |
| v.   : | Civil Action No.: 05-2385 (RMU) |
| : | |
| GEORGE W. BUSH *et al.*, : | |
| : | |
| Respondents/ : | |
| Defendants : | |
| _____: | |
| : | |
| AHMED AL-DELEBANY, : | |
| : | |
| Petitioner/ : | |
| Plaintiff, : | |
| : | |
| v.   : | Civil Action No.: 05-2477 (RMU) |
| : | |
| GEORGE W. BUSH *et al.*, : | |
| : | |
| Respondents/ : | |
| Defendants : | |
| _____: | |

## **ORDER**

Local Rule 40.6(a) permits the judges of this court to "transfer directly all or part of any case on the judge's docket to any consenting judge." LCvR 40.6(a). On August 3, 2006, the

5

United States District Court for the District of Columbia adopted a resolution of the Executive Session, in which a majority of the judges agreed to transfer the government's Motion for Procedure Related to Review of Certain Detainee Materials and Request for Expedited Briefing to Judge James Robertson for coordinated handling and decision.  It was further agreed that those judges not agreeing to transfer their motion would have the opportunity to opt-out of the procedure.

      In the interest of achieving a coordinated and expedited resolution of the pending motion, the court, this 9th day of August, 2006, hereby transfers the government's motion to Judge Robertson for handling and decision as reflected in the August 3, 2006 Resolution of the Executive Session.

      **SO ORDERED**.

                                            RICARDO M. URBINA
                                      United States District Judge