IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ISMAIL ALKHEMISI**, *et al.*, | ) ) ) |
| *Petitioners*, | ) ) |
| v. | ) ) ) ) |
| **GEORGE W. BUSH**, *et al.*, | ) ) ) |
| *Respondents*. | ) ) |

Civil Action No. 05-CV-1983 (RMU)

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Petitioners in the above-captioned case.

_____/s/_____
Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY  10012-2317
Ph: (212) 614-6438
Fax: (212) 614-6499

Dated: May 3, 2007