IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ISMAIL ALKHEMISI**, *et al.*,<br>    *Petitioners*,<br><br>            v.<br><br>**GEORGE W. BUSH, et al.**,<br>    *Respondents*. | )<br>)<br>)<br>)    Civil Action No. 05-cv-1983 (RMU)<br>)<br>)    NOTICE OF APPEARANCE<br>)<br>)<br>) |

PLEASE TAKE NOTICE that the attorney listed below will represent Ismail Alkhemisi (a.k.a. Ismael Ali Farag Al Bakush) and Omar Deghayes (as next of friend of Ismail Alkhemisi) ("Petitioners") in this matter. Service upon counsel may be made to:

> Wesley R. Powell
> **HUNTON & WILLIAMS LLP**
> 200 Park Avenue
> New York, NY  10166
> (212) 309-1000
> (212) 309-1100 (facsimile)
> wpowell@hunton.com

Counsel for Petitioners certifies, pursuant to L. Civ. R. 83.2(g), that he is representing Petitioners without compensation.

Dated: July 16, 2007

>         /s/  Wesley R. Powell
> Wesley R. Powell
> **HUNTON & WILLIAMS LLP**
> 200 Park Avenue
> New York, NY  10166
> (212) 309-1000
> (212) 309-1100 (facsimile)
>
> Counsel for Petitioner