IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL ALKHEMISI,<br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents*. | Civil Action No. 05-cv-1983 (RMU)<br><br>**NOTICE OF APPEARANCE<br>OF CO-COUNSEL** |

PLEASE TAKE NOTICE that the undersigned counsel, C. Clark Hodgson, Jr., hereby withdraws as counsel for Petitioner in this matter. Petitioner will continue to be represented by co-counsel Gitanjali S. Gutierrez, Esq., of the Center for Constitutional Rights.

Dated: 8/20, 2007

By: _____
**C. Clark Hodgson, Jr.**
STRADLEY, RONON, STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103
(215) 564-8026