EXHIBIT F

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 05-5194**                    **September Term, 2006**

04cv02022

**Filed On: June 20, 2007** [1048438]

Saifullah Paracha, Detainee, Guantanamo Bay Naval
Station and Farhat Paracha, Next Friend,
      Appellants

    v.

George W. Bush, Jr., et al.,
      Appellees

——————————————————

Consolidated with 05-5333

**BEFORE:**   Ginsburg, Chief Judge, Randolph, Circuit Judge, and Edwards,
           Senior Circuit Judge

## <u>O R D E R</u>

    Upon consideration of appellants' motion to stay the mandate, the opposition
thereto, and the reply, it is

    **ORDERED** that the motion be denied.

### <u>Per Curiam</u>

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

          BY:

                      Michael C. McGrail
                      Deputy Clerk



EXHIBIT
F