# EXHIBIT G

Case 1:05-cv-01983-UNA   Document 44-8   Filed 09/27/2007   Page 2 of 2

# United States Court of Appeals
For The District of Columbia Circuit

**No. 05-5194**                                 **September Term, 2007**

04cv02022

Filed On: September 7, 2007

[1065327]
Saifullah Paracha, Detainee, Guantanamo Bay Naval
Station and Farhat Paracha, Next Friend,
    Appellants

v.

George W. Bush, Jr., et al.,
    Appellees

Consolidated with 05-5333

**BEFORE:** Ginsburg, Chief Judge, and Randolph, Circuit Judge, and Edwards, Senior Circuit Judge

## ORDER

Upon consideration of appellants' motion to recall the mandate and the opposition thereto, and it appearing that no mandate has issued, it is

**ORDERED**, on the court's own motion, that the issuance of the mandate be stayed pending further order of the court. It is

**FURTHER ORDERED** that the motion to recall the mandate be dismissed as moot.

The parties are directed to file motions to govern within thirty days of the Supreme Court's decision in Boumediene v. Bush and Al Odah v. United States, Nos. 06-1195 & 06-1196, cert. granted (U.S. Jun. 29, 2007).

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Nancy G. Dunn
Deputy Clerk



EXHIBIT G