# EXHIBIT L

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIDOUANE KHALID, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civ. Action No. 04cv1142 (RJL) |
| ) | |
| GEORGE WALKER BUSH, et al., ) | FILED |
| ) | |
| Respondents. ) | AUG 0 6 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

Upon consideration of our Circuit's recent decision in *Boumediene v. Bush*, D.C. Circuit Nos. 05-5062, 05-5064, which concluded that this Court lacks jurisdiction over cases of this type, and in light of the United States Supreme Court's decision to grant *certiorari*, it is, this 5th day of August, 2007, hereby

**ORDERED** that the above-captioned matter is stayed pending resolution of all appeals in *Khalid v. Bush*, No. 04-cv-1142(RJL), *Boumediene v. Bush*, No. 04-cv-1166 (RJL), and the *In re Guantanamo Bay Detainee Cases*, No. 02-cv-299, et al.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

EXHIBIT L