# EXHIBIT M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMAR MAHMOUD FARAJ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-1490 (PLF) |

ORDER

This matter is before the Court on defendants' motion to dismiss. In light of the Supreme Court's grant of certiorari in *Boumediene v. Bush*, -- S.Ct. --, 2007 WL 1854132 (June 29, 2007) (No. 06-1195) and *Al-Odah v. Bush*, -- S.Ct. --, 2007 WL 681992 (June 29, 2007) (No. 06-1196), the undersigned concludes that the pending motion to dismiss should be denied without prejudice pending the Supreme Court's decision. *See Al Maqeleh v. Gates*, Civil Action No. 06-1669, 2007 WL 2059128 (D.D.C. July 18, 2007) (denying without prejudice motion to dismiss in case filed by detainee held in Afghanistan). Accordingly, it is hereby

ORDERED that defendants' motion to dismiss [55] is DENIED without prejudice. This matter will remain stayed pending the Supreme Court's resolution of *Boumediene v. Bush* (06-1195) and *Al-Odah v. Bush* (06-1196). It is



EXHIBIT
M

FURTHER ORDERED that petitioner's motion to stay and hold in abeyance [54] is denied as moot.

SO ORDERED.

DATE: July 27, 2007

/s/
PAUL L. FRIEDMAN
United States District Judge

2