IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ALKHEMISI**, *et al.* | ) | |
| *Petitioners,* | ) | |
| *v.* | ) | Civ. No. 05-CV-01983 (RMU) |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| *Respondents.* | ) | |

**[PROPOSED] ORDER**

Having considered Petitioners' Motion to Reconsider and Vacate Order of September 20, 2007 Dismissing Cases and the briefing and arguments thereon, it is hereby:

ORDERED, that Petitioners' motion is GRANTED; and it is further

ORDERED, that this Court's September 20, 2007 order dismissing the above-captioned cases for lack of jurisdiction is VACATED; and it is further

ORDERED, that consideration of any motion of Respondents to dismiss the above-captioned cases or to vacate the protective order, the advance-notice order, or other orders entered therein is deferred pending (1) the Supreme Court's final disposition of *Boumediene v. Bush*, No. 06-1195 (S. Ct.), and *Al Odah v. United States*, No. 06-1196 (S. Ct.); (2) the D.C. Circuit's final disposition of *Boumediene* and *Al Odah*; and (3) the D.C. Circuit's final disposition of the above-captioned cases in No. 05-5224 (D.C. Cir.) and any other pending appeals.

_____
RICARDO M. URBINA
United States District Judge