IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALKHEMISI** , *et al.*, | ) |
| | ) |
| *Petitioners*, | ) |
| | ) |
| *v.* | ) |
| | ) |
| **GEORGE W. BUSH**, *et al.*, | ) |
| | ) |
| *Respondents*. | ) |

Civ. No. 05-01983 (RMU)

## PETITIONER ALKHEMISI'S REPLY TO RESPONDENTS'
## OPPOSITION TO MOTION TO RECONSIDER AND VACATE

1.     The government argues that the Court, having decided to resolve the government's motions to dismiss, "had no choice but to rule as it did" and dismiss the cases. Recon. Opp. 2. That conclusion is incorrect. The D.C. Circuit has provided that this Court may dismiss these cases *or* hold them in abeyance. Order, *Al Ginco v. Bush*, No. 06-5191, at 2 (June 7, 2007). Other judges of this Court have rejected the government's conclusion. Recon. Mot. 4.

2.     Nor in seeking reconsideration do petitioners rely on arguments that they could have made at an earlier stage. Briefing on the government's motion to dismiss these cases concluded on May 1, 2007, *before* (1) the Supreme Court granted certiorari in *Boumediene*, (2) the D.C. Circuit withdrew its mandates in *Boumediene* and *Kiyemba* and withheld its mandate in *Paracha*, and (3) the other judges of this Court denied or deferred consideration of the govern-

ment's motions to dismiss.[1]  In light of these developments, Judge Collyer reconsidered and va-

cated her order dismissing the cases assigned to her.  Recon. Mot. 4.

       3.      The government relies on cases that have no bearing on the instant motion.  *Max-*

*well v. Snow*, 409 F.3d 354 (D.C. Cir. 2005), affirms that the decision of the first panel of a Court

of Appeals to address an issue binds other panels that later face the same issue.  The question

here is whether this Court has latitude to stay rather than dismiss these cases.  As discussed, the

Court has such latitude.  *Deering Milliken, Inc. v. FTC*, 647 F.2d 1124 (D.C. Cir. 1978), affirms

that a District Court lacks jurisdiction to alter a judgment of its own while an appeal from the

judgment is pending.  No appeal has been taken from this Court's order dismissing these cases.

---

[1]   *See* Gov't Reply to Opp. to Mot. to Dismiss, *Al Hela v. Bush* (D.D.C. May 1, 2007) (Doc. 91), and *Hatim v. Bush*, (D.D.C. May 1, 2007) (Doc. 75).

## CONCLUSION

Petitioners' motions to reconsider and vacate should be granted.

Respectfully submitted,

Wesley R. Powell (NY-WP-7857
**HUNTON & WILLIAMS LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1000
Fax: (212) 309-1100

Karma B. Brown (DC Bar No. 479774)
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 955-1500
Fax: (202) 778-2201

*Counsel for Petitioner Ismail Alkhemisi*

October 5, 2007
New York, New York

99997.027530 NEW_YORK 260043v1