IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>)   Misc. No. 08-442 (TFH)<br>)<br>)   Civil Action No. 05-1983 (RMU)<br>)<br>) |

**RESPONDENTS' RESPONSE TO PETITIONER'S
MOTION TO LIFT STAY, FOR PRODUCTION OF
FACTUAL RETURN, AND TO SET STATUS CONFERENCE**

Petitioner Ismail Alkhemisi moves for an order lifting the stay, requiring Respondents to produce a factual return within fourteen days, and scheduling a status conference. *Alkhemisi v. Bush*, Civil Action No. 05-1983 (RMC) (dkt. no. 52). This case has been transferred to the Honorable Thomas F. Hogan of this Court for coordination and management pursuant to the Court's July 1, 2008 Resolution of the Executive Session. *Id.* (dkt. no. 55).

Respondents do not oppose the lifting of the stay. Respondents also respectfully note that Judge Hogan held a status conference on July 8, 2008 to discuss the schedule for anticipated proceedings in all of the Guantanamo Bay habeas cases transferred to him for coordination and management, including this case, and thus Petitioner's request for a status conference is moot. Given that Judge Hogan indicated at the July 8 status conference that he would issue an order in the near future regarding the issues discussed at the conference, and pending any future proceedings before Judge Hogan about the schedule for proceedings in the cases transferred to him, Respondents respectfully submit that the other relief requested by Petitioner is not appropriate at this time.

Dated: July 10, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ *Nicholas A. Oldham*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM (D.C. Bar No. 484113)
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents