IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | )<br>)<br>)<br>)  Misc. No. 08-0442 (TFH)<br>)<br>)<br>)  Civil Action Nos.<br>)<br>)  05-2104 (RBW), 05-1983 (RMU)<br>) |

## NOTICE OF FILING

Petitioners Ahmed Abdul A1 Qader Ahmed Hussain, ISN 690, Issam Hamid Ali Bin Ali Al Jayfi, ISN 183, Ali Hamza Ahmed Suliman Bahlool, ISN 039, Othman Ali Mohammed Al Shamrany, ISN 171 and Ismael Ali Farag Al Bakush, ISN 708 in the above-captioned case join in "Petitioners' Response To Respondents' Motion For Relief From Scheduling Order," filed September 8, 2008.

Dated: September 9, 2008

                                        Respectfully submitted,

                                        /S/

                                      Wesley R. Powell
                                      wpowell@hunton.com
                                      HUNTON & WILLIAMS LLP
                                      200 Park Avenue
                                      New York, NY  10166
                                      (212) 309-1000
                                      (212) 309-1100 (facsimile)

                                      Karma B. Brown (Bar No. 479744)
                                      kbbrown@hunton.com
                                      HUNTON & WILLIAMS LLP

        1900 K Street, N.W.
        Washington, DC  20006
        (202) 955-1500
        (202) 778-2201 (facsimile)

        *Attorneys for Petitioner*